UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BOWIE,<br>    Plaintiff<br><br>v.<br><br>SPECIALTY ELASTOMERS<br>HOLDINGS, INC.<br>    Defendant | 03  12279 RWZ<br><br>Case No. _____<br><br>(Docketed at the Bristol<br>County Superior Court,<br>Commonwealth of Mass.,<br>as BRCV2003-00905) |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, Specialty Elastomers Holdings, Inc., states that: Specialty Elastomers Corporation, Ltd., a Cayman Islands corporation, is the owner of 100% of the issued voting stock of Specialty Elastomers Holdings, Inc. Specialty Elastomers Corporation, Ltd. is a privately held company and no publicly traded entity owns 10% or more if its stock. Specialty Elastomers Holdings, Inc. has issued some non-voting stock to a number of individuals. The total amount of issued non-voting shares at the present time constitutes less than 1% of the issued equity.

By filing this statement, the defendant does not waive any affirmative defense, including its right to contest and deny this Court's power to exert personal jurisdiction over the defendant.

          Respectfully submitted,
          Specialty Elastomers
          Holdings, Inc.,
          By its attorneys,

          _/s/ Eugene J. Sullivan III_
          Norman Holtz, BBO# 238880
          Eugene J. Sullivan III,
          BBO # 656497
          GILMAN/ HOLTZ, P.C.
          25 New Chardon Street
          Boston, MA 02114
          (617) 720-2663

[of counsel]    Jessica Lee
                   Jerry Meade
                   GIBSON, DUNN & CRUTCHER LLP
                   1801 California Street, Suite 4100
                   Denver, CO 80202
Dated: Nov 03    (303)298-5700

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.

Dated: 17 Nov 03          _/s/ Eugene J. Sullivan III_
                                Eugene J. Sullivan III