UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD BOWIE,
    Plaintiff

v.

SPECIALTY ELASTOMERS
HOLDINGS, INC.
    Defendant

Case No.
03-CV-12279-RWZ

## MOTION TO ENLARGE THE TIME FOR RESPONDING TO THE PLAINTIFF'S COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), the defendant, Specialty Elastomers Holdings, Inc., moves the court to enlarge the time for filing an initial pleading or otherwise responding to the plaintiff's complaint until December 5, 2003. In support of this motion the defendant states that:

1.) This action was initiated by the plaintiff, Richard Bowie, in the Superior Court Department of the Trial Court, Bristol County, Commonwealth of Massachusetts.

2.) On October 17, 2003, the defendant was served with the summons and complaint in this matter through its agent for process in the State of Delaware.

3.) The defendant is a foreign corporation, incorporated under the laws of the State of Delaware and with its principal place of business in the State of Illinois.

4.) On November 17, 2003, the defendant filed a notice of removal, pursuant to 28 U.S.C. §§ 1441 and 1446, with this court.

5.) Fed.R.Civ.P. 81(c) requires the defendant to file an initial response to the plaintiff's complaint by November 24, 2003.

6.) The defendant moves the court to enlarge the time for filing an initial pleading or otherwise responding to the plaintiff's complaint until December 5, 2003.

7.) The defendant requests the enlargement in order to formulate an appropriate response to the plaintiff's allegations.

8.) Counsel for the plaintiff has consented to extending the time for filing an initial pleading or otherwise responding to the complaint until December 5, 2003.

9.) By filing this motion, the defendant does not waive any affirmative defense,

including its right to contest and deny the court's power to exert personal jurisdiction over the defendant.

Respectfully submitted,
Specialty Elastomers Holdings, Inc.,
By its attorneys,

_/s/ Eugene J. Sullivan III_
Norman Holtz, BBO# 238880
Eugene J. Sullivan III,
BBO # 656497
GILMAN/ HOLTZ, P.C.
25 New Chardon Street
Boston, MA 02114
(617) 720-2663

[of counsel]   Jessica Lee
Jerry Meade
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202
Dated: 24 Nov 03   (303) 298-5700

### Local Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with counsel for each other party and have attempted to resolve or narrow the issue(s) raised by this motion.

Dated: 24 Nov 03   _/s/ Eugene J. Sullivan III_
Eugene J. Sullivan III

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.

Dated: 24 Nov 03   _/s/ Eugene J. Sullivan III_
Eugene J. Sullivan III

3

# GILMAN/HOLTZ, P.C.

**GH**

LAWYERS
25 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114

MICHAEL C. GILMAN
NORMAN HOLTZ
EUGENE J. SULLIVAN III
ROBERT J. VAN CAMPEN

TELEPHONE (617) 720-2663
FACSIMILE (617) 720-1574
lawyers@gilmanholtz.com

November 24, 2003

Office of the Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA  02210

**BY HAND**

Re:  Bowie v. Specialty Elastomers Holdings, Inc.—Case No. 03-CV-12279-RWZ
     Motion to Enlarge

Dear Sir or Madam:

Pursuant to Fed.R.Civ.P. 6(b), please find enclosed the defendant's motion to enlarge the time for responding to the plaintiff's complaint.

Thank you for your attention to this matter.

Very truly yours,

Eugene J. Sullivan III

cc:  Charles A. Murray III, Esq.