```
UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
```

RICHARD BOWIE,
    Plaintiff

v.

SPECIALTY ELASTOMERS
HOLDINGS, INC.
    Defendant

Case No.
03-CV-12279-RWZ

## JOINT SCHEDULING STATEMENT

Pursuant to Local Rule 16.1(D), the parties submit this joint scheduling statement.

### NATURE OF THE ACTION

Breach of Contract. The plaintiff, Richard Bowie, alleges that the defendant, Specialty Elastomers Holdings, Inc., has breached an employment contract between the parties. The defendant denies that it has breached an employment contract with the plaintiff.

### JOINT DISCOVERY PLAN

#### Automatic Disclosures

The parties shall provide their initial disclosures, pursuant to Fed.R.Civ.P. 26(a), by February 15, 2004.

#### Written Discovery

All written discovery (excluding requests for admissions) shall be served by April 1, 2004.

### Deposition of Fact Witnesses

All fact depositions will be completed by September 30, 2004.

### Expert Witnesses

Plaintiff's expert witnesses shall be identified by October 30, 2004.

Plaintiff's expert reports will be provided by November 15, 2004.

Defendant's expert witnesses shall be identified by November 30, 2004.

Defendant's expert reports will be provided by December 15, 2004.

Depositions of all expert witnesses will be completed by February 1, 2005.

### PROPOSED MOTION SCHEDULE

All dispositive motions will be served by March 1, 2005 but may be filed at anytime previous thereto.

All discovery motions, to the extent necessary, shall be filed prior to the close of discovery.

Trial motions will be served not less than seven days prior to trial, except for good cause.

## SETTLEMENT PROPOSALS

The plaintiff has presented the defendant with a written settlement proposal. Defense counsel has conferred with their client on the subject of settlement. Counsel for the defendant are prepared to respond to proposals at the settlement conference.

## LR 16.1(D)(3) CERTIFICATION

The parties hereby certify that each party and that party's counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course— and various alternative courses—of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

## CONSENT TO TRIAL BY MAGISTRATE JUDGE

The parties will consider consent to trial by a magistrate judge should a trial become necessary.

                                  Respectfully submitted,
                                  For the defendant,
                                  Specialty Elastomers Holdings,
                                  Inc.,
                                  By its attorneys,

                                  _____
                                  Norman Holtz, BBO# 238880
                                  Eugene J. Sullivan III,
                                  BBO # 656497
                                  GILMAN/ HOLTZ, P.C.
                                  25 New Chardon Street
                                  Boston, MA 02114
                                  (617) 720-2663

[of counsel]                     Jessica Lee
                                  Jerry Meade
                                  GIBSON, DUNN & CRUTCHER LLP
                                  1801 California Street, Suite 4100
                                  Denver, CO 80202
Dated: 15 Jan 04         (303)298-5700

<u>LR 16.1(D)(3) Certification For Specialty Elastomers Holdings, Inc.</u>

Signature: *R.B. Hendrickson Jr* (signature)

Name (printed or typed): R.B. HENDRICKSON JR

Title: C.E.O.

Dated: 1-15-04

For the plaintiff,
Richard Bowie,
By his attorney,

Dated: 15 Jan 04

*Charles Murray* by G. J. S.
_____
Charles A. Murray III, Esq.
BBO# 364240
Law Offices of Charles Murray P.C.
700 Pleasant Street
New Bedford, MA 02740

6



GILMAN/HOLTZ, P.C.
LAWYERS
25 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114

MICHAEL C. GILMAN
NORMAN HOLTZ
EUGENE J. SULLIVAN III
ROBERT J. VAN CAMPEN

TELEPHONE (617) 720-2663
FACSIMILE (617) 720-1574
lawyers@gilmanholtz.com

January 15, 2004

Office of the Clerk (Civil)
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA  02210

Re:   Bowie v. Specialty Elastomers Holdings, Inc
      Civil Action No. 03-CV-12279-RWZ

Dear Sir or Madam:

Please find enclosed for filing the parties' *Joint Scheduling Statement*.

Thank you for your attention to this matter.

Very truly yours,

Eugene J. Sullivan III

cc:   Charles Murray, Esq.

185000.000