UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD BOWIE
           Plaintiff(s)

V.

SPECIALTY ELASTOMERS HOLDINGS, INC.
           Defendant(s)

CIVIL ACTION

NO. 03-12279-RWZ

**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to **JUDGE MAZZONE** for the following ADR program:

_____  SCREENING CONFERENCE           _____  EARLY NEUTRAL EVALUATION

__**X**__   MEDIATION                        _____  MINI-TRIAL

_____  SUMMARY JURY TRIAL              _____  SETTLEMENT CONFERENCE

_____  SPECIAL MASTER

_____  PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

  5/10/04                                           Rya W. Zobel
   DATE                                       UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_ | Antitrust | \_\_\_\_ |
| Civil Rights | \_\_\_\_ | Contract | \_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_ | Environmental | \_\_\_\_ |
| ERISA | \_\_\_\_ | FELA | \_\_\_\_ |
| Labor Relations | \_\_\_\_ | Medical Malpractice | \_\_\_\_ |
| Personal Injury | \_\_\_\_ | Product Liability | \_\_\_\_ |
| Shareholder Dispute | \_\_\_\_ | | |
| Other | _____ | | |