```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

RICHARD BOWIE
    Plaintiff

    V.

                                                CIVIL ACTION: 03-12279-RWZ

SPECIALTY ELASTOMERS HOLDINGS, INC.
    Defendant


## ORDER OF DISMISSAL

ZOBEL, D.J.                                              JUNE 18, 2004


The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.


                                                    By the Court,


                                                    s/ Lisa A. Urso
                                                  Deputy Clerk

30day.ord